UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 13-01071-JGB (SPx) | Date | July 25, 2013 |
| Title | Bernardo Pavia V. Wells Fargo Bank, N.A., et al. | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER DENYING MOTION TO DISMISS (Doc. No. 4)

The Motion to Dismiss (Doc. No. 4) is hereby denied as moot. The hearing on July 29, 2013, is hereby vacated.

IT IS SO ORDERED.