UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bernardo Pavia,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Wells Fargo Bank, N.A.<br>aka Wells Fargo Home<br>Mortgage, fka World<br>Savings Bank, FSB;<br>Wachovia National Bank;<br>NDeX West, LLC; and Does<br>1-20, inclusive,<br><br>　　　　Defendants. | Case No.<br>EDCV 13-01071-JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant Wells Fargo Bank, N.A. is DISMISSED from Plaintiff's First Amended Complaint WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: August 13, 2013　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　United States District Judge